# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 22, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146630

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

        SC: 146630
        COA: 305358
        Oakland CC: 2010-234988-FC

ERIC MONTANEZ,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the December 18, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 22, 2013

                Clerk

s0515